```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JUAN ARAUJO, on behalf             :
of himself and other
similarly situated,                :

                    Plaintiffs,    :    08 Civ. 9442 (PAC)(HBP)

    -against-                      :    ORDER

787 EIGHTH AVENUE CORP.,           :
doing business as
"Brazil Grill,"                    :

                    Defendant.     :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/09

   PITMAN, United States Magistrate Judge:

   Plaintiff commenced this putative collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq., and the New York State Labor Law, alleging that he did not receive overtime pay as required by those statutes.

   Plaintiff and defendant have entered into a tentative, confidential settlement that provides, among other things, that plaintiff will be paid a sum of money to be divided between plaintiff and his attorney in amounts set forth in the settlement agreement, plaintiff's claims against defendant will be dismissed with prejudice and the claims of any other potential plaintiffs will be dismissed without prejudice.

   On August 7, 2009 and October 30, 2009, I issued two Orders declining to approve the proposed settlement, primarily on

the ground that I believed it to be inadequate on the record then before me. Familiarity with those two Orders is assumed.

On November 6, 2009, I held a tape-recorded conference call with counsel during which plaintiff's counsel conceded, for purposes of settlement that defendant's method of computing the regular hourly rate (weekly amount paid ÷ number of hours actually worked) is the more appropriate method. Plaintiff's counsel also conceded, again for purposes of settlement, that there was a fairly triable issue concerning the availability of the tip credit to defendant.

These stipulations, particularly the former, substantially reduce the amount that plaintiff could potentially recover at trial if he prevailed. In light of these stipulations, I conclude that the settlement is fair and reasonable, and, therefore, I approve the settlement.

Dated:  New York, New York
        November 18, 2009

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Robert L. Kraselnik, Esq.
28th Floor
40 Wall Street
New York, New York   10005

Jane B. Jacobs, Esq.
Klein, Zelman, Rothermel LLP
485 Madison Avenue
New York, New York  10022